WILLIAM E. LEWIS, Appellant, v. FRANK H. MOSES et al., as Executors of BENJAMIN ADRIANCE, Deceased, et al., Respondents.

*Lewis* v. *Adriance*, 179 App. Div. 957, 958, affirmed.

(Argued April 22, 1919; decided May 20, 1919.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 24, 1917, unanimously affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term. The plaintiff and the original defendants, Adriance, Green and Lynch, were, on and prior to July 3, 1915, stockholders of the Savage Arms Company, a corporation manufacturing firearms and ammunition at its plant near Utica, N. Y. The plaintiff owned eighty-two shares. Prior to 1915 the market value of the stock was about $100 a share. On or about that date, July 3, 1915, the plaintiff, with others, authorized said Adriance, Green and Lynch to sell his said stock, by executing a certain written agreement. The complaint alleged that thereafter the defendants sold stock, including that of the plaintiff, for the sum of $5,300,000, but only distributed among the owners of the stock $3,550,000, keeping $1,750,000 for themselves. Plaintiff brought this action to recover his proportionate share of the latter sum. Defendants contended that the stock was sold for the sum of $3,550,000 and that the sum in suit was paid to them individually for entering into a contract to refrain from competition with the purchasers.

*W. A. Matteson* for appellant.

*James F. Hubbell* and *Emerson M. Willis* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.